■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN GONZALEZ, Appellant. [53 NYS3d 833]—

Judgment, Supreme Court, New York County (Daniel McCullough, J.), rendered December 5, 2013, convicting defendant, after a jury trial, of criminal trespass in the second degree, and sentencing him to a term of four months, unanimously affirmed.

The verdict was supported by legally sufficient evidence and not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 349 [2007]). There is no basis to disturb the jury's credibility determinations. Although defendant had been working on a construction project at a building, the evidence, including defendant's own statements, supports inferences that he had no permission to be in the building in the middle of the night when no work was scheduled or authorized, and that he was aware of his lack of any license or privilege to enter (*see e.g. People v Watson*, 221 AD2d 264, 264 [1st Dept 1995], *lv denied* 87 NY2d 926 [1996]). Concur—Friedman, J.P., Mazzarelli, Moskowitz, Gische and Gesmer, JJ.